UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

---

CHARLES TATAR and JENNIFER TATAR,

        Plaintiffs,

-against-

        1:10-CV-0092 (FJS/RFT)

GRAY MEADOWS TRUCKING, INC. and HENRY L. BACHELDER,

        Defendants.

---

STIPULATION OF DISCONTINUANCE

---

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned, the attorneys of record for all the parties to the above-entitled action, that whereas no party hereto is an infant or incompetent person for whom a committee has been appointed and no person not a party has an interest in the subject matter of the action, the above-entitled action be, and the same hereby is discontinued as to Gray Meadows Trucking, Inc. and Henry L. Bachelder, including cross-claims, on the merits, without costs to either party as against the other. This stipulation may be filed without further notice with the Clerk of the Court.

DATED: April 26, 2012

BURKE, SCOLAMIERO, MORTATI
& HURD, LLP

By: _____
JEFFREY E. HURD, ESQ.
Bar Roll No. 506930
Attorneys for Defendants
7 Washington Square - P.O. Box 15085
Albany, New York 12212-5085
(518) 862-1386

DATED: April 10, 2012

HACKER & MURPHY, LLP

By: _____
JOHN F. HARWICK, ESQ.
Bar Roll No. 508156
Attorneys for Plaintiffs
7 Airport Park Boulevard
Latham, New York 12110
(518) 783-3843

{A0198C61.1}

SO ORDERED

_____
FREDERICK J. SCULLIN, JR.
SENIOR U.S. DISTRICT JUDGE

4/26/12